Same case below, 328 Wis. 2d 289, 786 N.W.2d 227.

**No. 10-538. Scot Winlock, Petitioner v. Department of Homeland Security.**

562 U.S. 1110, 131 S. Ct. 833, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9738.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 370 Fed. Appx. 119.

**No. 10-556. Suresh Badrinauth, Petitioner v. MetLife Corporation, et al.**

562 U.S. 1110, 131 S. Ct. 834, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9747,

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 368 Fed. Appx. 320.

**No. 10-563. Clayton Neel, Petitioner v. Ohio.**

562 U.S. 1110, 131 S. Ct. 834, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9711.

December 13, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.

**No. 10-571. Harold B. Rotte, Petitioner v. Internal Revenue Service, et al.**

562 U.S. 1110, 131 S. Ct. 835, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9643,

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 368 Fed. Appx. 73.

**No. 10-579. Alfred Janiga, Petitioner v. Questar Capital Corporation, et al.**

562 U.S. 1110, 131 S. Ct. 836, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9636.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 615 F.3d 735.

**No. 10-595. Francis A. Zarro, Jr., Petitioner v. New York.**

562 U.S. 1110, 131 S. Ct. 836, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9771,

December 13, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 66 App. Div. 3d 1050, 887 N.Y.S.2d 663.

**No. 10-597. Daisy M. LaCour, Petitioner v. Annie Kilcrease, et al.**

562 U.S. 1110, 131 S. Ct. 836, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9796.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 422.